**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-6853**

---

In Re: GRANT ANDERSON,

Petitioner.

---

On Petition for Writ of Mandamus.
(CA-99-305, CA-99-35, CA-99-367)

---

Submitted: September 14, 1999      Decided: September 27, 1999

---

Before MURNAGHAN, WILKINS, and MOTZ, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Grant Anderson, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Grant Anderson filed a petition for a writ of mandamus requesting that this court compel the United States District Court for the Eastern District of Virginia to exercise jurisdiction over his petitions for writs of habeas corpus filed initially in the United States District Court for the District of Connecticut and later transferred to the Eastern District of Virginia. In this mandamus petition, Anderson fails to establish that he has a clear right to the relief sought and that no other remedy is adequate. See In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988). Anderson has failed to comply with the terms of an injunction requiring him to seek leave prior to the filing of any complaints in the Eastern District of Virginia. We therefore grant Anderson's motion for in forma pauperis status and deny his petition for a writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2